# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1

| | | |
|---|---|---|
| **Case No.:** 12-50167-MBM | **Trustee Name:** | Douglas S. Ellmann |
| **Case Name:** SWANN, TAMMY J | **Date Filed (f) or Converted (c):** | 04/23/2012 (f) |
| **For the Period Ending:** 09/30/2013 | **§341(a) Meeting Date:** | 05/23/2012 |
| | **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 146 N Harvey Road Jackson, Michigan 49201 | $70,000.00 | $0.00 | | $0.00 | FA |
| 2 | 3577 Bellrose Jackson, Michigan 49201 | $10,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 3 | Cash | $25.00 | $0.00 | | $0.00 | FA |
| 4 | American One | $200.00 | $0.00 | | $0.00 | FA |
| 5 | Sofa, Chair, EndTables(2), Television, DiningTable&Chairs, Beds(2), Chests (4), Dressers, Stove, Refridgerator, Washer&Dryer, Computer, Laptop, Lawnmower, misc ChildrensFurniture, Dishwasher | $10,000.00 | $0.00 | | $0.00 | FA |
| 6 | Misc books, family pictures, knick-knacks | $75.00 | $0.00 | | $0.00 | FA |
| 7 | Personal Clothing | $350.00 | $0.00 | | $0.00 | FA |
| 8 | Rings (2), Costume Jewelry | $300.00 | $0.00 | | $0.00 | FA |
| 9 | VideoCamera, DigitalCamera | $150.00 | $0.00 | | $0.00 | FA |
| 10 | WCERS | $29,812.00 | $0.00 | | $0.00 | FA |
| 11 | 2012 Anticipated Tax Refund | $1,000.00 | $0.00 | | $0.00 | FA |
| 12 | 2008 Ford Escape | $12,000.00 | $0.00 | | $0.00 | FA |
| 13 | 2002 Jeep | $4,000.00 | $0.00 | | $0.00 | FA |
| 14 | Tools | $500.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| | $138,412.00 | $5,000.00 | | $0.00 | $5,000.00 |

**Major Activities affecting case closing:**

06/05/2012   There will be a possible short sale of the real property.

03/21/2013   Review next activity.

09/30/2013   The Trustee's real estate broker continues his attempt at selling the debtor's property at a short sale.

**Initial Projected Date Of Final Report (TFR):**   04/23/2015      /s/ DOUGLAS S. ELLMANN

**Current Projected Date Of Final Report (TFR):**   04/23/2015      DOUGLAS S. ELLMANN